IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONELL PATRICE BRANTLEY, SR., et al. | : | CIVIL ACTION |
| | : | |
| | : | No. 17-606 |
| v. | : | |
| | : | |
| AMERICAN STAR BOOKS/PUBLISH AMERICA, et al. | : | |

# **ORDER**

AND NOW, this 8th day of November, 2019, the Court having directed pro se Plaintiffs Donell Patrice Brantley, Sr. and Tyrone Taylor Benn, in its September 24, 2019, Order, to file an amended complaint against Amazon Corporation by October 24, 2019, and no amended complaint having been filed to date, and for the reasons set forth in the accompanying Memorandum, it is ORDERED this case is DISMISSED with prejudice for failure to prosecute.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.